UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUNSON ROBERTS                                                    PLAINTIFF
ADC #148904

V.                         No. 4:18CV00241-SWW

PULASKI COUNTY JAIL DISCIPLINARY
REVIEW, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice, and it is certified pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

Dated this 4th day of March, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE